# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 789 |
| | : | |
| APPOINTMENT TO THE JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 7th day of February, 2019, Marisa K. McClellan, Esquire, Dauphin County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of six years, commencing April 1, 2019.